Delivering to Brunswick 44210 Update location | All ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 0

Shop The Honest Kitchen

Sponsored

Pet Supplies › Dogs › Health Supplies › Milk Replacers



Click to see full view



VIDEO

**PetAg Goat's Milk Esbilac Liquid - 11 oz, Pack of 4 - Ready-to-Feed Puppy Formula with Vitamins, Minerals, and Trace Nutrients for Puppies Newborn to Six Weeks Old - for Sensitive Digestive Systems**

Visit the PetAg Store

4.6     144 ratings

50+ bought in past month

$**54**⁰⁰ ($1.23 / ounce)

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Brand | PetAg |
| Flavor | Milk |
| Age Range (Description) | Baby |
| Item Form | Liquid |
| Special Ingredients | Dried whole goat milk powder, soybean oil (preserved with tocopherols) |

**Ingredients**

**About this item**

Report an issue with this product or seller

**Competitively priced item**

Amazon Brand – Wag Wet Dog Food Cups, Chicken & Beef in Gravy Variety Pack, 3.5oz, 24 Pack (1953)

$25.15 ($0.30/ounce)

Sponsored

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**54**⁰⁰ ($1.23 / ounce)

FREE delivery **September 6 - 11**

Or fastest delivery **September 6 - 10**

Delivering to Brunswick 44210 - Update location

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | geteasy |
| Returns | Non-returnable due to Food safety reasons |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

**Other sellers on Amazon**

New (3) from $54⁰⁰ & **FREE Shipping**.

Sponsored

**EXHIBIT C**